## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

RICK R. RUBY                                                                                          PLAINTIFF

V.                                          4:10CV00068 WRW/HDY

B. BLANKENSHIP *et al.*                                                                DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 22nd day of April, 2010.


                                                      /s/Wm. R. Wilson, Jr.
                                                      UNITED STATES DISTRICT JUDGE